IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENERGY INNOVATION COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:18-CV-03919-TCB ) |
| NCR CORPORATION, | ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant NCR Corporation ("NCR"), hereby moves for summary judgment as to Plaintiff's claims of patent infringement.

In support of this motion, NCR relies on the pleadings and exhibits of record as well as the following pleadings filed contemporaneously with this motion: the Brief in Support of the Motion for Summary Judgment and the authorities cited therein, Statement of Material Facts as to which There is No Genuine Issue to be Tried, and Declaration of Caroline Wray in Support of Defendant's Motion for Summary Judgment.

WHEREFORE, NCR respectfully requests that the Court grant summary judgment.

Respectfully submitted, this 22nd day of October, 2018.

/s/ *Rachel F. Gage*
Jeremy U. Littlefield
Georgia Bar No. 547982
Rachel Gage
Georgia Bar No. 141539
Robbins Ross Alloy Belinfante
 Littlefield LLC
999 Peachtree Street NE, Suite 1120
Atlanta, GA  30309-3996
Telephone:  678-701-9381
Facsimile:  404-856-3250
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Matias Ferrario (admitted pro hac)
Caroline K. Wray (admitted pro hac)
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  336-607-7300
Facsimile:  336-607-7500
mferrario@kilpatricktownsend.com
cwray@kilpatricktownsend.com

Counsel for Defendant NCR Corporation

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2018, I electronically filed the foregoing MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Rachel F. Gage*
Rachel F. Gage

*Attorney for NCR Corporation*