IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENERGY INNOVATION COMPANY, LLC, | ) )<br>) | 
| Plaintiff, | ) )|
| v. | ) Civil Action No. 1:18-CV-03919-TCB |
| | ) |
| NCR CORPORATION, | ) )|
| Defendant. | ) |

**DECLARATION OF CAROLINE K. WRAY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Caroline K. Wray, declare:

1.      I make this declaration in support of Defendant's Motion for

Summary Judgment.

2.      I am an attorney with the law firm Kilpatrick Townsend & Stockton,

LLP.  Unless otherwise indicated below, the statements in my declaration are

based either upon my person knowledge or upon information provided in the

ordinary course of my business, all of which I believe to be true.

2

3.      Attached as Exhibit 1 is a true and accurate copy of the Patent

Assignment Agreement between Copient Technologies, LLC and Earl Wong and

Gordon Miles dated September 29, 2001.

4.      Attached as Exhibit 2 is a true and accurate copy of the Asset

Purchase Agreement between NCR Corporation and Copient Technologies, LLC

dated March 26, 2003.

5.      Attached as Exhibit 3 is a true and accurate copy of the Disclosure

Schedule to Asset Purchase Agreement between NCR Corporation and Copient

Technologies, LLC dated March 26, 2003.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 22, 2018.



/s/    *Caroline K. Wray*
Caroline K. Wray

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2018, I electronically filed the foregoing

DECLARATION OF CAROLINE K. WRAY IN SUPPORT OF DEFENDANT'S

MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the

Court's CM/ECF system, which will send notification of such filing to all counsel

of record.

/s/ *Rachel F. Gage*
Rachel F. Gage

*Attorney for NCR Corporation*