# Exhibit 1

12-31-2001

| Form PTO-1595 (Rev. 03/01) OMB No. 0651-0027 (exp. 5/31/2002) | 101931352 | U.S. DEPARTMENT OF COMMERCE U.S. Patent and Trademark Office |

Tab settings ⇨ ⇨ ⇨ ▼    ▼    ▼    ▼    ▼    ▼

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

Earl Chang Wong

Gordon H. Miles

Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**

Name: Copient Technologies, LLC

Internal Address: _____

**3. Nature of conveyance:**

☒ Assignment           ☐ Merger
☐ Security Agreement   ☐ Change of Name
☐ Other _____

Street Address: 3000 Kent Avenue

City: W. Lafayette  State: IN  Zip: 47906

Execution Date: September 29, 2001

Additional name(s) & address(es) attached? ☐ Yes ☒ No

**4. Application number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is: _____

A. Patent Application No.(s) _____

B. Patent No.(s) 6119933

Additional numbers attached? ☐ Yes ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: C. Russell Cox

Internal Address: _____

Street Address: 8440 Woodfield Crossing Blvd., Suite 450

City: Indianapolis  State: IN  Zip: 46240

**6. Total number of applications and patents involved:** 1

**7. Total fee (37 CFR 3.41)............. $40.00**

☒ Enclosed

☐ Authorized to be charged to deposit account

**8. Deposit account number:**

_____

**DO NOT USE THIS SPACE**

**9. Signature.**

| C. Russell Cox | C. Russell Cox (signature) | 12/19/2001 |
| Name of Person Signing | Signature | Date |

Total number of pages including cover sheet, attachments, and documents: 5

12/31/2001 LMUELLER 00000053 6119933
01 FC:581                40.00 OP

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

**PATENT
REEL: 012391 FRAME: 0345**

# PATENT ASSIGNMENT

This Patent Assignment (this "Assignment") is entered into this 29th day of September, 2001, by and among Earl Chang Wong and Gordon H. Miles (collectively, the "Assignors") and Copient Technologies, LLC, an Indiana limited liability company (the "Assignee").

WHEREAS, Assignors, have invented a certain new and useful invention (the "Invention") and Assignors hold a patent related thereto (the "Patent"), both of which are described in Exhibit A; and

WHEREAS, Assignee, wishes to acquire the entire rights, title, and interest in the Invention and the Patent;

NOW, the parties agree as follows:

**1. Assignment.** Assignors do hereby jointly and severally irrevocably assign to Assignee all rights, title, and interest (including but not limited to, the patent claims; all rights to prepare derivative works; all reissues, continuations, divisionals and reexaminations thereof; all goodwill; and all rights to obtain patents on said Invention in other countries throughout the world) in and to the Patent and the Invention.

**2. Consideration.** In consideration for the assignment set forth in Section 1, Assignee has paid to Assignor the sum of Ten and 00/100 Dollars ($10.00) and other valuable consideration, receipt of which is hereby acknowledged by Assignors.

**3. Representations and Warranties.** Assignors jointly and severally represent and warrant to Assignee:

(a) Assignors have the right, power and authority to enter into this Assignment;

(b) Assignors are the exclusive owners of all right, title and interest, including all intellectual property rights, in and to the Invention and the Patent;

(c) The Invention and Patent are free of any liens, security interests, encumbrances or licenses;

(d) The Invention and Patent do not infringe the rights of any person or entity;

(e) There are no claims, pending or threatened, with respect to Assignors' rights in the Invention and Patent;

(f) This Assignment is valid, binding and enforceable in accordance with its terms; and

(g) Assignors are not subject to any agreement, judgment or order inconsistent with the terms of this Assignment.

**4. Amendment.** This Assignment may be amended only by a writing signed by both parties.

**5. Severability.** If any term, provision, covenant or condition of this Assignment, or the application thereof to any person, place or circumstance, shall be held by a court of competent jurisdiction to be invalid, unenforceable or void, the remainder of this Assignment and such term, provision, covenant or condition as applied to other persons, places and circumstances shall remain in full force and effect.

**6. Agreement to Perform Necessary Acts.** Each party hereto agrees to perform any further acts and execute and deliver any documents that may be reasonably necessary to carry out the provisions of this Assignment.

**7. Governing Law.** This Assignment shall be construed in accordance with, and all actions arising hereunder shall be governed by, the laws of the State of Indiana.

ASSIGNEE

COPIENT TECHNOLOGIES, LLC

By: _[signature]_
Bret J. Besecker, Manager

ASSIGNORS

_[signature]_
Earl Chang Wong

_[signature]_
Gordon H. Miles

2

# NOTARIZATION FORM

State of _California_
County of _Orange_

On _December 7_, 2001, before me, _Karen E. Janesin_, Notary, personally appeared Earl Chang Wong, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.



(Seal)

Witness my hand and official seal.

Signature _Karen E. Janesin_
Notary

State of _California_
County of _Orange_

On _December 7_, 2001, before me _Karen E. Janesin_, Notary, personally appeared Gordon H. Miles, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.



(Seal)

Witness my hand and official seal.

Signature _Karen E. Janesin_
Notary

3

**PATENT**
**REEL: 012391 FRAME: 0348**

EXHIBIT A

| | |
|---|---|
| The Invention: | A customer frequency, analysis and reward system has multiple alternative components and allows for input of customer identification through use of a smart card, biometric input device, or a preexisting identification, such as a credit card, government-issued id, or checking account. A customer interacts with the system initially at a data collection point-of-sale (POS) device at a retail outlet. Data is periodically collected from the retail site to a data warehouse, where various types of analysis may be performed. A customer can interact with the system using an internet interface, thus reducing costs of ownership. |

The Patent:

| | |
|---|---|
| Patent No.: | 6119933 |
| Country of Patent: | United States |
| Date of Patent: | September 19, 2000 |
| Inventors: | Earl Chang Wong and Gordon H. Miles |
| Title: | Method and apparatus for customer loyalty and marketing analysis |

5490

4