IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ENERGY INNOVATION COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-CV-03919-SDG |
| NCR CORPORATION, | ) ) ) | |
| Defendant. | ) | |

# NCR CORPORATION'S MOTION FOR ASSIGNMENT OF PLAINTIFF'S OWNERSHIP OF PATENT

Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, Defendant NCR Corporation ("NCR") moves to execute its judgment against Plaintiff Energy Innovation Company, LLC ("EIC"). NCR petitions this Court to order that EIC assign to NCR all right, title, and interest in U.S. Patent No. 6,119,933 ("'933 Patent") in satisfaction of NCR's judgment. Should EIC refuse to deliver its ownership interest in the '933 Patent, NCR requests that the Court appoint a trustee to directly assign to NCR all right, title, and interest in and to the '933 Patent.

NCR's Memorandum of Law in support of this motion is submitted herewith.

Respectfully submitted, this 9th day of September, 2020.

/s/ *Rachel Gage*
Jeremy U. Littlefield
Georgia Bar No. 547982
Rachel Gage
Georgia Bar No. 141539
Robbins Ross Alloy Belinfante
 Littlefield LLC
500 14th St. NW
Atlanta, GA  30318
Telephone:  678-701-9381
Facsimile:  404-856-3250
jlittlefield@robbinsfirm.com
rgage@robbinsfirm.com

Matias Ferrario (admitted pro hac)
KILPATRICK TOWNSEND &
STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  336-607-7300
Facsimile:  336-607-7500
mferrario@kilpatricktownsend.com

Taylor Pfingst (admitted pro hac)
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:  415-273-4304
Facsimile:  415-576-0300
tpfingst@kilpatricktownsend.com

*Counsel for Defendant NCR Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2020, I electronically filed the foregoing NCR CORPORATION'S MOTION FOR ASSIGNMENT OF PLAINTIFF'S OWNERSHIP OF PATENT with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Rachel Gage*
Rachel Gage

*Attorney for NCR Corporation*