| | |
|---|---|
| **From:** | Stephen Lobbin <sml@smlavvocati.com> |
| **Sent:** | Thursday, September 3, 2020 3:32 PM |
| **To:** | Ferrario, Matias |
| **Cc:** | Daniel Kent |
| **Subject:** | Re: FW: Activity in Case 1:18-cv-03919-SDG Energy Innovation Company, LLC v. NCR Corporation Response to Order to Show Cause |

**CAUTION: External Email**

Dan and I have no more information about the subject you wish to discuss, and just to clarify, neither Dan nor I represent EIC on any post-judgment proceedings (such as the subjects you wish to discuss). SML

On Thu, Sep 3, 2020 at 11:42 AM Ferrario, Matias <MFerrario@kilpatricktownsend.com> wrote:

Thanks. I am not available Friday, but am available Tuesday. We would like to discuss satisfaction of the fee award. We understand EIC has assets and would like to understand how those might be used to satisfy the award.

**Matias Ferrario**
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street | Winston-Salem, NC 27101-2400
office 336 607 7475 | cell 703 868 7284 | fax 336 734 2651
mferrario@kilpatricktownsend.com | My Profile | vCard

**From:** Stephen Lobbin <sml@smlavvocati.com>
**Sent:** Wednesday, September 02, 2020 11:48 AM
**To:** Ferrario, Matias <MFerrario@kilpatricktownsend.com>
**Cc:** Daniel Kent <dankent@kentrisley.com>
**Subject:** Re: FW: Activity in Case 1:18-cv-03919-SDG Energy Innovation Company, LLC v. NCR Corporation Response to Order to Show Cause

I'm a bit confused by your request. Please advise what specifically you'd like to discuss? I could be available Friday.

--

Warm regards,

Stephen M. Lobbin

SML Avvocati P.C.

San Diego|Los Angeles|Orange County

T: 949.636.1391

E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

On Tue, Sep 1, 2020 at 7:02 AM Ferrario, Matias <MFerrario@kilpatricktownsend.com> wrote:

Please let me know when you are available to discuss next steps. Thanks.

**Matias Ferrario**
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street | Winston-Salem, NC 27101-2400
office 336 607 7475 | cell 703 868 7284 | fax 336 734 2651

mferrario@kilpatricktownsend.com |  My Profile |  vCard

**From:** ganddb_efile_notice@gand.uscourts.gov <ganddb_efile_notice@gand.uscourts.gov>
**Sent:** Monday, August 24, 2020 6:36 PM
**To:** CourtMail@gand.uscourts.gov
**Subject:** Activity in Case 1:18-cv-03919-SDG Energy Innovation Company, LLC v. NCR Corporation Response to Order to Show Cause

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**The Court is now live on NextGen CM/ECF. To continue e-filing, all registered attorneys must have an individual, upgraded PACER account. In addition, attorneys who registered for e-filing in this court prior to April 15, 2019, must link their individual, upgraded PACER account to their legacy CM/ECF account. Details may be found on our  website.**

**U.S. District Court**

**Northern District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered by Kent, Daniel on 8/24/2020 at 6:35 PM EDT and filed on 8/24/2020

**Case Name:**     Energy Innovation Company, LLC v. NCR Corporation

**Case Number:**    1:18-cv-03919-SDG

**Filer:**
**WARNING: CASE CLOSED on 08/10/2020**

**Document Number:**  78

**Docket Text:**
**RESPONSE TO ORDER TO SHOW CAUSE re: [77] Order to Show Cause,. (Attachments: # (1) Declaration of Earl C. Wong)(Kent, Daniel)**

**1:18-cv-03919-SDG Notice has been electronically mailed to:**

Daniel Arthur Kent dankent@kentrisley.com

Jeremy U. Littlefield jlittlefield@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com, jenglish@robbinsfirm.com, kbunch@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

Matias Ferrario mferrario@kilpatricktownsend.com, radkins@kilpatricktownsend.com, tpfingst@kilpatricktownsend.com

Rachel Frazier Gage rgage@robbinsfirm.com, dbutler@robbinsfirm.com, dmcdaniel@robbinsfirm.com, jenglish@robbinsfirm.com, kmccuiston@robbinsfirm.com, rmeier@robbinsfirm.com

Stephen Michael Lobbin sml@smlavvocati.com, ajr@smlavvocati.com, jno@smlavvocati.com

Taylor J. Pfingst tpfingst@kilpatricktownsend.com

**1:18-cv-03919-SDG Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=8/24/2020] [FileNumber=11126542-0] [19eddb71fd359a7a9895695f418154b227933073b92acfcac5eef15e9e097c7b6f c2a015c3b8d8ea453233032f8a83a2adfcdc62be3b45cbe22a0eadaf205a27]]
**Document description:** Declaration of Earl C. Wong
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=8/24/2020] [FileNumber=11126542-1] [78230336c302fc8d9c668baba3c074d2828bd508dcf58f677c63805a5846bb601c ec513a09500824f4bffa50404c96fa298f92e5cddf9001729d82f07056eefe]]

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending another party any transaction or matter addressed herein.

--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.